1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT SMITH,

          Plaintiff,

    v.

CORRECTIONAL OFFICER KOLA *et al.*,

          Defendants.

Case No. C07-5231FDB

ORDER

      This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Plaintiff has been given leave to proceed *in forma pauperis.*  Before the court is a motion from plaintiff for an extension of time to file a response to the answer (Dkt # 16).  The motion is **DENIED.**

      No response to an answer is allowed under the Federal Rules of Civil Procedure unless the answer contains a counter claim.

      The Clerk is directed to send a copy of this Order to plaintiff**,** and remove Dkt. # 16 from the court's calendar.

      DATED this 24 day of September, 2007.

                            */S/ J. Kelley Arnold*
                            J. Kelley Arnold
                            United States Magistrate Judge

ORDER PAGE 1