UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT SMITH Jr., <br><br> Plaintiff, <br><br> v. <br><br> C/O KOLA *et al.*, <br><br> Defendants. | Case No.  C07-5231 FDB <br><br> ORDER DENYING MOTION TO APPOINT COUNSEL |

This matter comes before the Court on motion to appoint counsel.  This Court has already considered the propriety of the strikes entered against Plaintiff and revoked his *in forma pauperis* status. See 28 U.S.C. §1951(g).  The Plaintiff has failed to provide the Court with a basis for the appointment of counsel.  See United States v. 30.64 Acres of Land, 795 F.2d 796, 801 (9th Cir. 1986); 28 U.S.C. § 1915(d).

ACCORDINGLY;

IT IS ORDERED:

Plaintiff'S motion for appointment of counsel [Dkt. #29] is **DENIED**.

The Clerk is directed to send copies of this Order to Plaintiff, and to the Hon. J. Kelley Arnold.

DATED this 28th day of November, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1