# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT SMITH, JR.

          v.

C/O KOLA, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5231FDB/JKA

       **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Plaintiff's complaint is DISMISSED without prejudice for failure to pay the filing fee by 11/28/07 per docket entry #27 (ORDER ADOPTING REPORT AND RECOMMENDATIONS REVOKING IN FORMA PAUPERIS STATUS).

December 10, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk